IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANGELA LAUDERDALE, et al                                           PLAINTIFF

NO.        21-5200

ORGANON USA, INC., et al                                    DEFENDANT

### CLERK'S ORDER OF DISMISSAL

On this 27th day of January, 2023, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

                                   AT THE DIRECTION OF THE COURT

                                   HEATHER BURNS, INTERIM CLERK OF COURT

                          BY: *Teri Gunderson*
                                   Deputy Clerk